UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdul Wakil Amiri,                              )
                                                )
             Plaintiff,                         )
                                                )
      v.                                        )    Civil Action No.    **10 0097**
                                                )
Gelman Management Co. *et al.*,                 )
                                                )
             Defendants.                        )

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed

*in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack

of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth

generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available

only when a "federal question" is presented or the parties are of diverse citizenship and the

amount in controversy exceeds $75,000. A party seeking relief in the district court must at least

plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to

plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff, a District of Columbia resident, sues a District of Columbia-based company for

wrongful eviction and harassment. He seeks $18 million in damages. The complaint neither

presents a federal question nor provides a basis for diversity jurisdiction because the parties are

not of diverse citizenship. Plaintiff's recourse lies, if at all, in the Superior Court of the District

of Columbia. Accordingly, the complaint will be dismissed. A separate Order accompanies this

Memorandum Opinion.

Date: January __7__, 2010                    United States District Judge